THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Lakeisha
 Russell, Appellant.
 
 
 

Appeal From Lexington County
 William P. Keesley, Circuit Court Judge

Unpublished Opinion No. 2008-UP-381
 Submitted July 1, 2008  Filed July 14,
2008    

APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott; all
 of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM: Lakeisha
 Russell appeals her sentence for armed robbery and assault and battery with
 intent to kill.  On appeal, Russell argues her sentence is unconstitutionally
 disproportionate and constitutes cruel and unusual punishment.  Russell also
 asserts numerous pro se arguments. After a thorough review of the record, counsels brief, and Russells pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Russells appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED. 
 HEARN, C.J.,
 CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.